MIKSAN v. ROHE & BRO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by John Miksan against Rohe & Bro. No opinion. Motion granted, without costs. Settle order on notice. See, also, 145 N. Y. Supp. 1133.

---

MIKSAN v. ROHE & BRO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Appeal from Special Term, New York County. Action by John Miksan against Rohe & Bro. From an order granting a motion that defendant be directed to permit plaintiff to operate an elevator in the premises of defendant, defendant appeals. Reversed. See, also, 145 N. Y. Supp. 1133. Murray G.

Jenkins, of New York City, for appellant. Roger Foster, of New York City, for respondent.

PER CURIAM. It appears that the appellant has already exercised every right to which he was entitled and which was secured to him by the original order for "inspection." The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

